Debbie Laugenour
372 Florin Road #226
Sacramento, CA 95831
916-778-9524
deblog1@hotmail.com



**FILED**

DEC 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBBIE LAUGENOUR, pro se,

　　　　Plaintiff,

vs,

NORTHLAND GROUP INC

RESURGENT CAPITAL SERVICES

　　　　Defendants.
_____/

No. 2:12-CV 02995 GEB DAD PS

**COMPLAINT VIOLATION OF FCRA**

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*, Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692, and Rosenthal Fair Debt Collection Practices Act C.C. §1788.13

**JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. On or around November 2012, Plaintiff found that after examination of her consumer credit report that Defendants Northland Group Inc. and Resurgent Capital Services initiated requests of Plaintiff's credit report from Transunion on June 5, 2012 and August 14, 2012, without permissible purpose. On or around June 13, 2012, Plaintiff received a letter from Defendant Northland Group Inc. stating that Plaintiff had a past due account and that Plaintiff owed them money. On July 10, 2012, Plaintiff disputed the alleged debt. On or around November 13, 2012, Plaintiff received a letter from Defendant Resurgent Capital Services regarding the same alleged account and that Plaintiff had a past due account and that Plaintiff owed them money. On November 24, 2012, Plaintiff disputed the alleged debt.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANTS NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. NORTHAND GROUP INC AND RESURGENT CAPITAL SERVICES are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES willfully

violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 each against NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANTS NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 each against NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES for

actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES

10. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a.

11. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a

12. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently violated §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 each against NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1692 §813(2)(A).

## COUNT IV

## VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, C.C. §1788.13 BY DEFENDANT NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES

13. Plaintiff is a person within the meaning of the RFDPA, C.C. §1788.2(g)

14. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES are debt collectors within the meaning of the RFDPA, C.C. §1788.2(c)

15. NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently and willfully violated the RFDPA. Defendant's violations include, but are not limited to, the following:

(a) NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES negligently violated §1788.13 by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(b) NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES willfully violated § 1788 by pulling the Plaintiffs consumer report without permissible purpose.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $5,000 each against NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES for actual damages, and attorney's fees and costs, pursuant to C.C. §1788.30(b) and § 1785.31(a)(2)(B).

On June 5, 2012 and August 14, 2012 defendants NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES initiated requests of Plaintiffs consumer report from credit reporting agency Transunion without permissible purpose, thus violating FCRA 15 USC §1681b(f) and C.C. § 1788 because at or about the time the Defendants pulled Plaintiffs consumer report, none of the specific and strictly limited circumstances granting permissible purpose under section 1681b, applied to the Defendants. Defendants also violated FDCPA and RFDCPA by using false and deceptive means to collect an alleged

debt and NORTHLAND GROUP for continuing collection efforts once debt was disputed without verification. Plaintiff demands judgment for damages against NORTHLAND GROUP INC AND RESURGENT CAPITAL SERVICES and $8,000 each for actual or statutory damages, and punitive damages, plus attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) ,15 U.S.C. §1681o (a), 15 U.S.C. §1692 §813(2)(A) and C.C. §1788.30(b).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 12th day of December 2012.

*[signature]*

Debbie Laugenour