Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE LAUGENOUR, pro se, | Case No.: 2:12-cv-02995-GEB-DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| NORTHLAND GROUP, INC., *et al.*, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action. The parties anticipate filing a stipulation of dismissal

///
///
///
///
///
///

- 1 -

pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

MOSS & BARNETT, P.A.

Dated: December 16, 2013          By:   /s/ Issa K. Moe
                                        ISSA K. MOE
                                        Attorneys for Defendant
                                        NORTHLAND GROUP, INC.

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

- 2 -

NOTICE OF SETTLEMENT
Case No.: 2:12-cv-02995-GEB-DAD

1  Issa K. Moe, Bar No. 254998
   MOSS & BARNETT, P.A.
2  4800 Wells Fargo Center
   90 South Seventh Street
3  Minneapolis, Minnesota 55402
   (612) 877-5399/FAX (612) 877-5016
4  MoeI@moss-barnett.com

5  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
6  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California 92707
7  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
8
   Attorneys for Defendant
9  NORTHLAND GROUP, INC.

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

13  DEBBIE LAUGENOUR, pro se,         Case No: 2:12-cv-02995-GEB-DAD

14        Plaintiff,                  **CERTIFICATE OF SERVICE**

15     v.                             **Courtroom:** 27-8th Floor
                                      **Judge:**     Hon. Dale A. Drozd
16  NORTHLAND GROUP, INC., *et al.*,

17        Defendants.

- 1 -

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA     )
                       )
COUNTY OF HENNEPIN     )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **December 16, 2013**, I caused to be served the following documents:

**NOTICE OF SETTLEMENT**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

2396459v1

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

**SEE ATTACHED SERVICE LIST**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on December 16, 2013, at Minneapolis, Minnesota.

                                           s/ Sandra K. Yungner
                                           Sandra K. Yungner

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 3 -

CERTIFICATE OF SERVICE

2306450v1

Service List
DEBBIE LAUGENOUR, pro se, v. NORTHLAND GROUP, INC., *et al.*

| Debbie Laugenour<br>372 Florin Rd. #226<br>Sacramento, CA 95831 | Pro Se |
|---|---|

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

- 4 -

CERTIFICATE OF SERVICE

2396459v1