**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
1055 W. 7th Street, Suite 2150
Los Angeles, CA 90017
213.377.5501 Facsimile

Attorneys for Defendant
Resurgent Capital Services, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE LAUGENOUR, pro se, | Case No. 2:12-cv-02995 GEB-DAD |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREDJUICE OF ENTIRE CASE** |
| vs. | |
| NORTHLAND GROUP INC | Honorable Garland E. Burrell, Jr. |
| RESURGENT CAPITAL SERVICES | |
| Defendants. | |

To: 12133775501  From: 19163444592  Date: 01/23/14  Time: 2:34 PM Page: 02
JAN-23-2014 15:57 From:DUFOUR CHIROPRA                To:12133775501           Page:2/2

Case 2:12-cv-02995-GEB-DAD   Document 30   Filed 01/24/14   Page 2 of 3

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice. The parties shall bear their respective costs, including any possible attorney fees or other expenses of litigation.

DATED: January 22, 2014          PLAINTIFF

By _____
Debbie Laugenour

DATED: January 22, 2014          YU | MOHANDESI LLP

By   */s/ B. Ben Mohandesi*
B. Ben Mohandesi
Jordan S. Yu
Attorneys for Defendant
Resurgent Capital Services, LP

DATED: January 22, 2014          MOSS & BARNETT, P.A.

By: */s/ Issa K. Moe*
Issa K. Moe
Attorneys for Defendant
NORTHLAND GROUP, INC.

– 1 –
STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I certify that on January 24, 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.  In addition, I certify that on January 24, 2014, a copy of the foregoing was sent to Plaintiff via electronic mail and also via United States mail to the address below in a sealed envelope with postage thereon fully prepaid:

> Debbie Laugenour
> 372 Florin Rd., #226
> Sacramento, CA 95831
> deblog1@hotmail.com

DATED:  January 24, 2014

YU | MOHANDESI LLP

By_____
Ben Mohandesi
Attorneys for Defendant
Resurgent Capital Services, LP